KEN R. VAN VORCE et al., Respondents, v BUFFALO-GREENBRIAR ASSOCIATES, LLC et al., Appellants. [853 NYS2d 518]—

Present—Martoche, J.P., Lunn, Fahey, Peradotto and Pine, JJ.

In the Matter of DENNIS HARRIS, Petitioner, v BRIAN FISCHER, as Commissioner of New York State Department of Correctional Services, Respondent. [853 NYS2d 519]—

Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.